```
                         United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                                  Case No. 18-05198-JJT
Sueann Kominski                                                         Chapter 13
Lon K Kominski, Jr
        Debtors                        CERTIFICATE OF NOTICE
District/off: 0314-5          User: DDunbar              Page 1 of 1             Date Rcvd: Jan 08, 2019
                              Form ID: pdf010            Total Noticed: 13
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2019.
db/jdb         +Sueann Kominski,    Lon K Kominski, Jr,    572 Winterdale Rd.,    Starlight, PA 18461-1143
5139998        +Aaron's Sales & Lease,    Attn: Bankruptcy,    Po Box 100039,    Kennesaw, GA 30156-9239
5139999        +Carrington Mortgage Services,    Attn: Bankruptcy,    Po Box 3730,    Anaheim, CA 92803-3730
5140000         Emergency Services, PC,    PO Box 319,    Scranton, PA 18512-0319
5147936        +Geisinger Health System,    100 North Academy Ave,    Danville, PA 17822-0001
5140002        +Geisinger Medical Center,    100 N. Academy Ave.,    Danville, PA 17822-0001
5140003        +Penn Credit,    Attn:Bankruptcy,    Po Box 988,    Harrisburg, PA 17108-0988
5140004        +RMP Greensburg,    Attn: Bankruptcy Dept,    Po Box 349,    Greensburg, IN 47240-0349
5140005         Rocky Mountain Holdings, LLC,    P.O. Box 713375,    Cincinnati, OH 45271-3375
5140007        +Town of Hancock Volunteer,    Ambulance Corp.,    P.O. Box 535,    Baldwinsville, NY 13027-0535

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5140001        +E-mail/Text: bnc-bluestem@quantum3group.com Jan 08 2019 19:57:22     Fingerhut,
                 Attn: Bankruptcy,   6250 Ridgewood Rd,   Saint Cloud, MN 56303-0820
5143943         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 08 2019 19:57:13
                 Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
5140006        +E-mail/Text: philadelphia.bnc@ssa.gov Jan 08 2019 19:57:20     Social Security Adminstration,
                 Office of Regional Commissioner,   26 Federal Plaza  Rm 40-120,   New York, NY 10278-4199
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 8, 2019 at the address(es) listed below:
              C. Stephen Gurdin, Jr    on behalf of Debtor 2 Lon K Kominski, Jr Stephen@gurdinlaw.com,
               michelle@gurdinlaw.com
              C. Stephen Gurdin, Jr    on behalf of Debtor 1 Sueann  Kominski Stephen@gurdinlaw.com,
               michelle@gurdinlaw.com
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor    The Bank of New York Mellon, F/K/A The Bank of New
               York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series
               2005-13 bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  CHAPTER 13
KOMINSKI, SUEANN

KOMINSKI, LON K. JR.
a/k/a Lon Kominski
a/k/a Lon Kominski, Jr.
a/k/a Lon Kevin Kominski, Jr.     CASE NO. 5:18-bk-05198

ORDER

AT WILKES-BARRE IN SAID DISTRICT, Upon Motion of SUEANN KOMINSKI and LON K. KOMINSKI, JR., Debtors, requesting that the Court enter an Order pursuant to 11 U.S.C. 362 (c)(3)(B) extending automatic stay; and it appearing that there has been substantial change in the financial and financial affairs of the Debtors since the filing of their Prior Bankruptcy, Notice having been given and no Objections having been filed, and after due consideration, it is

ORDERED that: the automatic stay continues in effect as to all creditors as to the Debtors, and all property of the Debtors, from and after the petition filing date.

Dated:  January 8, 2019          By the Court,

_____
John J. Thomas, Bankruptcy Judge (PR)