```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                          Case No. 18-05198-JJT
Sueann Kominski                                                 Chapter 13
Lon K Kominski, Jr
        Debtors                  **CERTIFICATE OF NOTICE**

District/off: 0314-5           User: DDunbar            Page 1 of 1         Date Rcvd: Jan 16, 2019
                               Form ID: ntcnfhrg        Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 18, 2019.
```
db/jdb         +Sueann Kominski,    Lon K Kominski, Jr,    572 Winterdale Rd.,    Starlight, PA 18461-1143
5139998        +Aaron's Sales & Lease,    Attn: Bankruptcy,    Po Box 100039,    Kennesaw, GA 30156-9239
5139999        +Carrington Mortgage Services,    Attn: Bankruptcy,    Po Box 3730,    Anaheim, CA 92803-3730
5140000         Emergency Services, PC,    PO Box 319,    Scranton, PA 18512-0319
5147936        +Geisinger Health System,    100 North Academy Ave,    Danville, PA 17822-0001
5140002        +Geisinger Medical Center,    100 N. Academy Ave.,    Danville, PA 17822-0001
5140003        +Penn Credit,    Attn:Bankruptcy,    Po Box 988,    Harrisburg, PA 17108-0988
5140004        +RMP Greensburg,    Attn: Bankruptcy Dept,    Po Box 349,    Greensburg, IN 47240-0349
5140005         Rocky Mountain Holdings, LLC,    P.O. Box 713375,    Cincinnati, OH 45271-3375
5140007        +Town of Hancock Volunteer,    Ambulance Corp.,    P.O. Box 535,    Baldwinsville, NY 13027-0535
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5140001        +E-mail/Text: bnc-bluestem@quantum3group.com Jan 16 2019 19:48:19      Fingerhut,
                 Attn: Bankruptcy,   6250 Ridgewood Rd,   Saint Cloud, MN 56303-0820
5143943         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 16 2019 19:47:45
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
5140006        +E-mail/Text: philadelphia.bnc@ssa.gov Jan 16 2019 19:48:10      Social Security Adminstration,
                 Office of Regional Commissioner,    26 Federal Plaza  Rm 40-120,   New York, NY 10278-4199
                                                                                              TOTAL: 3
```

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 16, 2019 at the address(es) listed below:
```
              C. Stephen Gurdin, Jr    on behalf of Debtor 2 Lon K Kominski, Jr Stephen@gurdinlaw.com,
               michelle@gurdinlaw.com
              C. Stephen Gurdin, Jr    on behalf of Debtor 1 Sueann  Kominski Stephen@gurdinlaw.com,
               michelle@gurdinlaw.com
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,   TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor   The Bank of New York Mellon, F/K/A The Bank of New
               York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series
               2005-13 bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Sueann Kominski,

    **Debtor 1**

Lon K Kominski Jr,
aka Lon Kevin Kominski Jr., aka Lon Kominski Jr., aka Lon Kominski,

    **Debtor 2**

Chapter 13

Case No. 5:18−bk−05198−JJT

## Notice

The confirmation hearing has been scheduled for both Debtors on the date indicated below.

A deadline of **February 26, 2019** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the Plan at this time.

| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: March 5, 2019 Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court
274 Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes−Barre, PA 18701
(570) 831−2500

Hours Open: Monday − Friday 9:00 AM − 4:00 PM

**For the Court:**
Terrence S. Miller
Clerk of the Bankruptcy Court:
By: DDunbar, Deputy Clerk

Date: January 16, 2019

ntcnfhrg (03/18)