Certificate Number: 16339-PAM-DE-036387897

Bankruptcy Case Number: 18-05198


16339-PAM-DE-036387897

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on <u>March 10, 2022</u>, at <u>11:49</u> o'clock <u>AM EST</u>, <u>Sueann Kominski</u> completed a course on personal financial management given <u>by internet</u> by <u>Second Bankruptcy Course, LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>March 10, 2022</u>

By: <u>/s/Kelley Tipton</u>

Name: <u>Kelley Tipton</u>

Title: <u>Certified Financial Counselor</u>