United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re:<br>Sueann Kominski<br>Lon K Kominski, Jr<br>    Debtors | Case No. 18-05198-MJC<br>Chapter 13 |

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 2
Date Rcvd: Apr 23, 2024     Form ID: fnldec     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Sueann Kominski, Lon K Kominski, Jr, 572 Winterdale Rd., Starlight, PA 18461-1143 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 23, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| C. Stephen Gurdin, Jr | on behalf of Debtor 2 Lon K Kominski Jr Stephen@gurdinlaw.com, michelle@gurdinlaw.com |
| C. Stephen Gurdin, Jr | on behalf of Debtor 1 Sueann Kominski Stephen@gurdinlaw.com michelle@gurdinlaw.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor The Bank of New York Mellon F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2005-13 bkgroup@kmllawgroup.com |
| Michael Patrick Farrington | on behalf of Creditor The Bank of New York Mellon F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2005-13 mfarrington@kmllawgroup.com |

United States Trustee    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Sueann Kominski, | Chapter 13 |
| **Debtor 1** | |
| Lon K Kominski Jr, aka Lon Kevin Kominski Jr., aka Lon Kominski Jr., aka Lon Kominski, | Case No. 5:18−bk−05198−MJC |
| **Debtor 2** | |

Social Security No.:
    xxx−xx−1244    xxx−xx−5257

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Jack N Zaharopoulos**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

By the Court,

*[signature]*

Mark J. Conway, United States Bankruptcy Judge

Dated: April 23, 2024

**fnldec** (01/22)